# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 1:19-mj-183-SKL |
| v. | ) Central Dist. of Illinois- Urbana Division |
| | ) Charging Dist. No. 19-cr-20072-02-CSB-EIL |
| | ) |
| CHRISTINE ANITA COLLINS | ) |
| | ) |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on December 17, 2019, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on an Indictment out of the U.S. District Court, Central District of Illinois, Urbana Division.   Those present for the hearing included:

    (1)     AUSA James Brooks for the USA.
    (2)     The defendant, Christine Anita Collins.
    (3)     Attorney Giana Maio with Federal Defender Services of Eastern Tennessee as appointed counsel for defendant.

After being sworn in due form of law, the defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.   Attorney Maio with Federal Defender Services of Eastern Tennessee was present as court appointed counsel in the arresting district.

The defendant had been provided with a copy of the arrest warrant and indictment and had the opportunity of reviewing those documents with her attorney.   It was determined defendant was capable of being able to read and understand the copy of the aforesaid documents she had been provided.

AUSA Brooks moved that defendant be detained without bail pending a detention hearing in the U.S. District Court, Central District of Illinois, Urbana Division.   The defendant admitted she is the person named in the Indictment and arrest warrant, waived any detention hearing in this district, and asked that her hearings and any further proceedings be held in the U.S. District Court, Central District of Illinois, Urbana Division.

It is ORDERED:

(1) Defendant shall be TEMPORARILY DETAINED pending her transfer to the U.S. District Court, Central District of Illinois, Urbana Division as set forth in the

Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport defendant to the U.S. District Court, Central District of Illinois, Urbana Division for a hearing on a date to be determined once defendant is in said district.

SO ORDERED.

ENTER:

s/      *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE